UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY A. ELLIOTT, | Case No. 19-13507 |
| Plaintiff, | |
| | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | U.S. MAGISTRATE JUDGE |
| | ELIZABETH A. STAFFORD |
| Defendant. | |

_____/

**ORDER ADOPTING THE REPORT AND RECOMMENDATION [5] AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS [2]**

Kelly Elliott seeks judicial review of an adverse Social Security Disability Insurance determination by Defendant. She filed this lawsuit on November 26, 2019. [Dkt. # 1]. That same day, she filed an Application to Proceed without Prepaying Fees or Costs [2]. On December 5, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") [5] that recommended denying that Application. It found that Plaintiff did not meet the statutory qualifications for proceeding in forma pauperis. *See* 28 U.S.C. § 1915. No objections to the R&R were filed.

The Court having reviewed the Record, the R&R [5] is **ADOPTED**, and, except as otherwise noted, entered as the conclusions and findings of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed without Prepaying Fees or Costs [2] is **DENIED**.

**SO ORDERED**.

Dated: January 7, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge